John M. Gibbons, Defendant in Error, v. John F. Jurgensen and Fredericka Jurgensen, Plaintiffs in Error.

Gen. No. 19,906.    (Not to be reported in full.)

Error to the Municipal Court of Chicago the Hon. WILLIAM N. GEMMILL, Judge, presiding. Heard in this court at the March term, 1914. Affirmed. Opinion filed December 21, 1914.

### Statement of the Case.

Action by John M. Gibbons against John F. Jurgensen and Fredericka Jurgensen to recover commissions for finding a purchaser for certain real estate of which the defendant Fredericka Jurgensen, the wife of the other defendant, was the owner. From a judgment for the plaintiff for $337.50, defendants brought error.

JAMES R. GLASS and WARREN B. WILSON, for plaintiffs in error.

EMERY M. SHAW, for defendant in error.

MR. JUSTICE BAKER delivered the opinion of the court.

### Abstract of the Decision.

BROKERS, § 90*—*when broker is entitled to commissions.* Evidence *held* to show that a real estate broker procured a purchaser for certain property and that the property was conveyed to another person, for money furnished by the purchaser, with the purpose of defeating the broker's claim for commissions.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.